UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   23-CR-60104-KMM-1 |
| Plaintiff, | |
| v. | |
| TYRONE GERRY DORGILE, | **DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE** |
| Defendant. | |

**COMES NOW** Defendant TYRONE GERRY DORGILE, by and through his undersigned counsel and respectfully moves this Court for a four-week continuance of his imminent jury trial, and as grounds therefor states as follows:

1) Defendant and another are charged with I) Conspiracy to Possess with Intent to Distribute a Controlled Substance, and II-IV) Possession with Intent to Distribute a Controlled Substance.

2) Defendant was arraigned on May 25, 2023. His first Calendar Call is June 27, 2023, before a jury trial period beginning July 5, 2023.

3) The Government on June 12, 2023, provided its first discovery response. Of the initial 1,215 pages of disclosures, all but 18 are cell phone records. The remaining documents are photographs and lab reports. Seven hours of recorded jail calls were also provided.

4) In its first discovery response, the prosecution candidly acknowledged that more discovery is forthcoming. The Government on June 16, 2023, filed an unopposed motion for a protective order, [D.E. 26], in which it sought to protect against the redistribution of sensitive information provided in discovery. The Government has informed the defense that it will provide remaining discovery once the protective order has issued.

5) The Government states that its second discovery response will include: recordings of the actual drug buys alleged in each count of the indictment; the fruits of search warrants executed by the D.E.A.; reports from agents and detectives; and disk images (or Cellebrite reports) from three cell phones, two of which belonged to Defendant.

6) This case will likely end with a plea agreement. The defense is not ready to commit to that path, however, until it has had the opportunity to meaningfully review discovery that has yet to be provided. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Defendant seeks to continue his June 27 Calendar Call and subsequent Jury Trial, to allow the defense sufficient time to review and investigate the case.

7) The undersigned on June 21, 2023, conferred with A.U.S.A. Katherine Guthrie to address outstanding discovery, scheduling concerns, and the instant motion for continuance. Considering the Government's anticipated timetable to produce outstanding discovery, the defense requests a four-week continuance.

8) The ends of justice served by the requested continuance strongly outweigh Defendant's and the public's interests in a speedy trial. Defendant agrees that any period of delay resulting from a continuance should be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

9) Assuming the Government's second discovery response will be complete, and made within the next two weeks, the defense does not anticipate seeking additional delay.

10) As noted *supra*, the undersigned on June 21 spoke with A.U.S.A. Guthrie, who advised that the Government has no objection to the instant motion.

**WHEREFORE**, Defendant TYRONE GERRY DORGILE respectfully prays that this Court continue his jury trial for a period of four weeks.

Respectfully submitted,

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM
Attorney for Defendant
Florida Bar # 26211
Shemtov & Hillstrom, PLLC
612 SE 5th Ave., Suite 4
Fort Lauderdale, FL 33301
(954) 329-2222
(954) 329-2211 FAX
carter@shlawfl.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the instant motion is not made for unnecessary delay, that a true and correct copy of the foregoing was served by the CM/ECF system on all counsel or parties of record.

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM